FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SASHA JAIDYN KARSTEN,<br><br>    Plaintiff,<br><br>    v.<br><br>McDOUGALL & SONS,<br><br>    Defendant. | No. 2:20-CV-00293-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulation and Order of Dismissal, ECF No. 64. The parties stipulate that the above-captioned action should be dismissed. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation of dismissal and dismisses this case.

//
//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned matter is **DISMISSED with prejudice**. Each party is responsible for their own costs and fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 16th day of September 2021.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE # 2**